**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000541
25-NOV-2025
08:22 AM
Dkt. 66 OGMD**

NO. CAAP-23-0000541

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PATRICK H. OKI, Petitioner-Appellant, v.
STATE OF HAWAIʻI, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CPN-21-0000003)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Wadsworth, J., and Circuit Court
Judge Morikawa, in place of Nakasone, Chief Judge, Hiraoka,
McCullen, and Guidry, JJ., recused)

Upon consideration of self-represented Petitioner-Appellant Patrick Oki's (**Oki**) November 14, 2025 Motion to Dismiss Appeal as Moot, the papers in support, and the record, it appears that Oki seeks to dismiss the appeal as moot on the basis that he has been released on parole. There appears to be good cause to grant the motion, as the issues raised on appeal concerned Oki's minimum term of incarceration.

Therefore, IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, November 25, 2025.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Trish K. Morikawa
Circuit Court Judge